UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

            v.

J.D.G., a juvenile male,

                    Defendant.

Case No.    26-CR-41

**FILED UNDER SEAL**

---

### AFFIDAVIT OF FBI TASK FORCE OFFICER TONY CASTRO IN SUPPORT OF A JUVENILE INFORMATION

---

I, Tony Castro, being first duly sworn, hereby depose and state as follows:

### I.    TRAINING AND BACKGROUND

1.      I have been a Task Force Officer for the Federal Bureau of Investigation ("FBI") since 2021. I am currently assigned to the Milwaukee Area Violent Crimes Task Force of the FBI and am assigned to investigate violent crimes, bank robberies, and Robbery Carjackings. I have participated in numerous robbery investigations which involved violations Title 18, United States Code, Sections 2119 and 924(c), and other related offenses. Based on my training, experience, and participation in these investigations, I believe there is probable cause that J.D.G., a juvenile male, robbed AV-1 at the location of 33XX N. 22nd Street in the City and County of Milwaukee, State of Wisconsin, on December 20, 2025.

2.      This affidavit is based upon my personal knowledge and information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. This affidavit contains information compiled from police reports, public records, subpoenaed records, informants, telephone records, court documents, business records, and cooperating citizen witnesses.

3. This affidavit is submitted in support of a Juvenile Information against J.D.G. who committed violations of Title 18, United States Code, Section 924(c) (use of a firearm in furtherance of a crime of violence).

4. Because this affidavit is submitted for the limited purpose of a Juvenile Information, I have not included each and every fact known to me concerning this investigation. I have attempted to set forth only the facts that I believe are pertinent to establishing the necessary foundation for the charging documents.

## II. PROBABLE CAUSE

5. That affiant's application for a search warrant is based on the following: On Saturday, December 20th, 2025, a robbery was reported to have occurred at the address of 33XX North 22nd Street, in the City and County of Milwaukee, State of Wisconsin, at approximately 10:30PM. Members of the Milwaukee Police Department responded to this location and identified the victim of this offense as M.T. (XX/XX/1980) (hereafter, AV-1).

6. Affiant is aware that on December 21, 2025, Detective Nora Burlo conducted an interview with AV-1, who stated that on December 20, 2025 he was working as a Lyft (rideshare driver) using his 2019 blue Nissan Sentra with Wisconsin license plate number AEXXXX. AV-1 stated that he picked up a fair using the Lyft mobile application at approximately 9:00PM- 9:30PM with the pick-up location being in the area of S. 22nd Street and W. Greenfield Avenue. This location would later be confirmed to be 22XX W. Orchard Street (Milwaukee, Wisconsin). AV-1 stated when he arrived at this location two black male individuals were waiting for him and got into his vehicle.

7. AV-1 stated that he drove both subjects to the location of 33XX N. 22nd Street and stopped his vehicle to let them get out. AV-1 stated that one of the suspects then grabbed his jacket

2

restraining him against his front driver seat. AV-1 stated that the other subject opened his front driver seat door and proceeded to point a semiautomatic handgun to the side of his face. AV-1 stated that he believed that the subject with the gun was going to shoot him. The armed subject ordered AV-1 out of the vehicle at gunpoint and ordered him to "give me your shit!" while physically going through his pockets. The suspects removed his wallet containing approximately $700.00 in US currency, his Wisconsin Drivers license, social security card, two bank cards, and his Apple brand iPhone cellular telephone. AV-1 stated both suspects got into his vehicle and was observed driving southbound in the alley. AV-1 stated that he did not give permission to be robbed by the two suspects, and that this was done without his consent. AV-1 provided the following physical descriptions of the suspects in this offense:

    a. SUSPECT #1: Black male, 20-25 years old, 5 feet, 10 inches in height, slim build, in all black clothing and armed with hand gun

    b. SUSPECT#2: Black male, 20-25 years old, 5 feet, 10 inches in height, slim build, in all black clothing

8. Affiant knows that on December 21, 2025, Detective Nora Donegan submitted an exigent request from Lyft as it relates to the suspect Lyft account that requested the rideshare on the evening of the robbery. The following information was provided as it relates to the suspect account requesting the rideshare;

> Passenger Username: Jaden G
> Passenger Phone Number: 414533XXXX
> Passenger Email Address: XXXXXXXX[1]086@gmail.com
> Ride Pick up date/time: 10:16:38 PM (Dec. 20, 2025)
> Intended Destination: N 23rd St & W Hopkins St, Milwaukee, WI, United States
> Actual Drop off: 30XX N Teutonia Ave, Milwaukee, WI 53206, United States
> Ride Drop off date/time: 10:39:16 PM (Dec. 20, 2025)

---

[1] This email address included a J.D.G.'s first name and a variation on his last name

3

9.      Affiant knows that on December 21, 2025 at 10:59AM, West Allis Police Officers responded to the area of S. 58th Street and W. National Avenue in West Allis, Wisconsin to check for a stolen vehicle later identified as being a 2019 blue Nissan Sentra with license plate number AEXXXX. This was later identified as being the vehicle taken in an armed robbery. A vehicle pursuit was initiated eventually resulting in a vehicle crash resulting in all three occupants fleeing from the vehicle in the approximate area of S. 80th Street and W. Morgan Avenue. The driver was identified as being J.D.G., the above-captioned juvenile, the rear passenger was identified as Adonis Patrick (b/m, XX/XX/2006) and Israel K. Allen-Gordon (b/m, XX/XX/2008) all of whom were taken into police custody. A black colored Glock Model 22, with Solofish SL 1108 Tactical Light along with a 22 round extended magazine was located on the rear drive seat of the Nissan Sentra. This firearm was recovered as evidence.

10.     Affiant is aware that on December 22, 2025, Milwaukee Police Detectives David Doughty and Corey Harris conducted a *mirandized* interview of J.D.G. J.D.G. initially denied involvement but later admit to being present during the armed robbery on December 20, 2025. J.D.G. identified his co-actor as being Adonis Patrick. J.D.G. stated that it was Patrick who had the gun during the armed robbery.

11.     Affiant knows that J.D.G. was subject to GPS monitoring pursuant to his supervision for a prior juvenile delinquency proceeding. Affiant had the opportunity to review Wisconsin Department of Corrections GPS monitoring device data from the device which was assigned to J.D.G. The GPS data is consistent with being in the area of the Lyft pick up location, the Lyft's general travel path, and the eventual armed robbery carjacking location that all occurred on the date of 12/20/2025.

4

12. Affiant had the opportunity to obtain historical cellular tower data from the cellular device belonging to co-actor, Adonis Patrick. The data revealed that Patrick's cellular device is consistent with being in the area of the Lyft pick up location, the Lyft's general travel path, and the eventual armed robbery carjacking location that all occurred on the date of 12/20/2025.

13. Affiant had performed a search of the cellular device belonging to Adonis Patrick and found numerous digital images and digital video files consisting of Patrick possessing a semiautomatic handgun with the serial number matching the serial number of the handgun recovered by the West Allis Police Department on 12/21/2025. Affiant located photos of Patrick with the above-described firearm on multiple days in December of 2025 and up to and during the date of 12/20/2025.

14. Affiant concludes that the collection of evidence up to this point in the investigation strongly shows evidence that J.D.G. acted in concert with Adonis Patrick to commit the armed robbery carjacking of the Lyft ride-share driver on December 20, 2025.

5

## III. CONCLUSION

15. Based upon the facts set forth above, I believe that there is probable cause that J.D.G. committed violations of Title 18, United States Code, Section 2119 (Carjacking) as well as Title 18, United States Code, Section 924(c) (use of a firearm in furtherance of a crime of violence).



TONY CASTRO
Detective, Milwaukee Police Department
Task Force Officer, FBI

_____
(Signature of Notarial Officer)

Notary Public for the State of Wisconsin

My commission expires: _07/23/2027_

ADAM J. ISLEB
NOTARY PUBLIC
STATE OF WISCONSIN

6