UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    Case No. 26-CR-41

JAVON D. GOLDEN-GIBSON,

Defendant.

## INFORMATION

**THE UNITED STATES CHARGES THAT:**

On or about December 20, 2025, in the State and Eastern District of Wisconsin, and elsewhere,

**JAVON D. GOLDEN-GIBSON,**

knowingly took a motor vehicle, which had been transported, shipped, and received in interstate and foreign commerce, from another person by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

In violation of Title 18, United States Code, Section 2119(1) and 2(a).

Dated: _5/18/26_

_William T Berens_
WILLIAM T. BERENS
Assistant United States Attorney