**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**Hon. Lynn Adelman, presiding**

**<u>CHANGE OF PLEA MINUTES</u>**

Date:        6/9/2026                                        Dep. Clerk:   AH
Case No.   26-CR-41                                     Ct. Rep:      Jen
United States v. Javon Golden-Gibson          Time Called: 10:03 a.m.
                                                              Time Concl:  10:10 a.m.

United States by:      By Attorney William Berens
Probation Officer:     Nicole Ford
Defendant:             Javon Golden-Gibson, in person, and by Attorney Dennise Moreno

---

Court orders transfer to adult prosecution and that this case be unsealed.

Defendant pleads guilty to Count 1 of the information.

Waiver of indictment filed.

Adjudged guilty.

PSR ordered.

Sentencing set for 9/8/2026 at 10:00 a.m. in Courtroom 390.

Sentencing motions/memoranda due 9/1/2026.

Defendant remanded.